

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**RYAN D. WALTERS**                                                             **TELEPHONE:** (512) 463-2100  
Chief, Special Litigation Division                                          Ryan.Walters@oag.texas.gov

January 30, 2025

**Via CM/ECF**

Lyle W. Cayce  
Clerk of the Court  
U.S. Court of Appeals for the Fifth Circuit

Re:     Case No. 24-40775, *State of Texas v. Noem*

Dear Mr. Cayce:

    I am writing to advise the Court of my withdrawal as counsel for Appellant, the State of Texas, in Case No. 24-40775, *State of Texas v. Noem*. I have accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this case.

    Appellant will continue to be represented by and through the Attorney General of Texas. Special Counsel Ryan Kercher filed his appearance in this case today and will take over as lead counsel in this case.

                                              Respectfully submitted,

                                              */s/ Ryan D. Walters*  
                                              Ryan D. Walters  
                                              Chief, Special Litigation Division

cc (via CM/ECF):     Mr. Joshua Dos Santos     joshua.y.dos.santos@usdoj.gov  
                              Mr. Daniel Tenny             daniel.tenny@usdoj.gov