No. 24-40775

# In the United States Court of Appeals for the Fifth Circuit

---

The State of Texas,

*Appellant*,

v.

Secretary Kristi Noem, *Secretary of Homeland Security, in her official capacity*; United States Department Of Homeland Security, Kika Scott, *Acting Director of United States Citizenship and Immigration Services, In Her Official Capacity*, United States Citizenship And Immigration Services, And Donald J. Trump *In His Official Capacity as President of The United States*,[1]

*Appellees.*

---

On Appeal from the United States District Court
for the Southern District of Texas

---

**JOINT MOTION TO HOLD CASE IN ABEYANCE**

The Parties respectfully move the Court for an order holding this case in abeyance for ninety days. All parties consent to this relief. This appeal concerns the State of Texas's standing in challenging a rule promulgated by the Department of Homeland Security (DHS) entitled "Inadmissibility on Public Charge Grounds; Implementation of Vacatur," 86 Fed. Reg. 14221 (Mar. 15, 2021) (codified at 8 C.F.R. pts. 103, 106, 212, 213, 214, 245, 248). At summary judgment, the District Court found

---

[1] Federal officials have been substituted automatically in accordance with Federal Rule of Appellate Procedure 43(c)(2).

that Plaintiff-Appellant, Texas, lacked standing to challenge the Final Rule. This appeal followed. The Parties submit that there is good cause to grant this request. The new administration requires time to familiarize itself with pending litigation and develop its regulatory agenda based on the President's policy priorities. DHS is currently reviewing its existing regulations and policies, including in response to several executive orders bearing on immigration. The parties require time to assess whether any actions that the government takes may have an impact on this appeal.

Based on the sound rationale of preservation of judicial resources, this Court should hold this case in abeyance. *See e.g. Shrimpers & Fishermen of the RGV v. United States Army Corps of Engineers,* No. 20-60281, 2021 WL 911171, at *463 (5th Cir. Mar. 9, 2021) (holding case in abeyance pending agency consideration); *Chlorine Inst., Inc. v. Fed. R.R. Admin.*, 718 F.3d 922, 926 (D.C. Cir. 2013) (same); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 384 (D.C. Cir. 2012) (same).

Furthermore, the Parties have conferred and agree that neither party would be prejudiced by the Court holding the appeal in abeyance.

Therefore, the Parties respectfully request the Court hold this case in abeyance for ninety days following entry of the Court's Order. The Parties will undertake to notify the Court of any developments that could materially affect this case.

Date: February 14, 2025

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division
Texas State Bar No. 24060998
Ryan.Kercher@oag.texas.gov

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

KYLE S. TEBO
Special Counsel
Texas State Bar No. 24137691
kyle.tebo@oag.texas.gov

WILLIAM F. COLE
Deputy Solicitor General
Texas State Bar No. 24124187

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR PLAINTIFFS

Respectfully submitted,

BRETT A. SHUMATE
*Acting Assistant Attorney General*

ERIC D. MCARTHUR
*Deputy Assistant Attorney General*

DANIEL TENNY

*/s/ Joshua Dos Santos*
JOSHUA DOS SANTOS
*Attorneys, Appellate Staff*
*Civil Division, Room 7224*
U.S. DEPARTMENT OF JUSTICE
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*Telephone: (202) 305-1754*

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

On February 13 and 14, 2025, counsel for Appellant conferred with counsel for Appellees. This motion is filed jointly and unopposed by all parties.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel

## CERTIFICATE OF SERVICE

On February 14, 2025, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
