# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-40775

---

State of Texas,

*Plaintiff—Appellant*,

versus

Kristi Noem Secretary, *U.S. Department of Homeland Security*; United States Department of Homeland Security; Kika Scott, *Acting Director of U.S. Citizenship and Immigration Services*; United States Citizenship and Immigration Services; Donald J. Trump, *President of the United States*,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:23-CV-1

---

ORDER:

IT IS ORDERED that the joint motion of the parties to stay further proceedings in this matter for 90 days, or until May 27, 2025, is hereby GRANTED.

No. 24-40775

/s/James E. Graves, Jr.
JAMES E. GRAVES, JR.
*United States Circuit Judge*